Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 16−29698−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stacey Anne Conover
   1707 Coventry Way
   Millville, NJ 08332

Social Security No.:
   xxx−xx−7756

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              October 20, 2020
Time:              10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*61* − Certification in Opposition to (related document:60 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 1707 Coventry Way, Millville NJ 08332. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 45 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 53 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 58 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/25/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Victor Druziako on behalf of Stacey Anne Conover. (Druziako, Victor)

and transact such other business as may properly come before the meeting.

Dated: September 28, 2020
JAN: eag

                                                           Jeanne Naughton
                                                           Clerk