Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−29698−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stacey Anne Conover
   1707 Coventry Way
   Millville, NJ 08332

Social Security No.:
   xxx−xx−7756

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 9, 2016.

On 11/03/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                  December 9, 2020
Time:                   10:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 4, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 16-29698-ABA

Stacey Anne Conover      Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 04, 2020 | Form ID: 185 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey Anne Conover, 1707 Coventry Way, Millville, NJ 08332-2214 |
| cr | + | Finance of America East c/o Loan Care, LLC, 1581 Main Street, Suite 200, Warrington, Pa 18976-3403 |
| cr | + | Finance of America Mortgage, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 516466635 | + | ATLANTA POSTAL CREDIT UNION, THOMPSON, O'BRIEN, KEMP & NASUTI, P.C., 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092-2924 |
| 516447584 | | Atlanta Postal Credit union, 3900 Crown Road, Atlanta , GA 30380-0001 |
| 516547941 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516447588 | | Capital One, N.A./ Kohl's, POB 30285, Saly Lake City, Utah 84130-0285 |
| 516447589 | + | Citi/Home Depot, POB 6497, Sioux Falls, South Dakota 57117-6497 |
| 516894433 | + | Finance of America East, c/o Loan Care LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 516894434 | + | Finance of America East, c/o Loan Care LLC, 3637 Sentara Way, Virginia Beach, VA 23452, Finance of America East c/o Loan Care LLC 23452-4262 |
| 516447594 | + | Finance of America Mortgage, 15325 Fairfield Ranch Road, Suite 200, Chino Hills, CA 91709-8834 |
| 517780925 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517780926 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank Bankruptcy Department 73118-6051 |
| 516447598 | + | TD Bank USA/Target Credit, POB 673, Minneapolis, Minnesota 55440-0673 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2020 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2020 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516693489 | | Email/Text: bankruptcy@pepcoholdings.com | Nov 04 2020 21:40:00 | Atlantic City Electric, POB 13610, Philadelphia, PA 19101-3610 |
| 516732322 | | Email/Text: bankruptcy@pepcoholdings.com | Nov 04 2020 21:40:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516447586 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 04 2020 21:42:00 | Berks Credit & Collection, 900 Corporte Drive, Reading, Pennsylvania 19605-3340 |
| 516447587 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 04 2020 21:38:33 | Capital One Bank (USA), N.A., POB 5253, Carol Stream, Illinois 60197-5253 |
| 516447590 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2020 21:41:00 | Comenity / Pier 1 Imports, ATTN: Bankruptcy Department, POB 182125, Columbus, Ohio 43218-2125 |
| 516447591 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2020 21:41:00 | Comenity Bank/Avenue Bankruptcy Departme, |

Case 16-29698-ABA    Doc 69    Filed 11/06/20    Entered 11/07/20 00:20:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: 185 | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 182125, Columbus, Ohio 43218-2125 |
| 516447592 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2020 21:41:00 | Comenity Bank/Lane Bryant, Bankruptcy Department, POB 182125, Columbus, Ohio 43218-2125 |
| 516447593 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2020 21:41:00 | Comenity Bank/Torrid, ATTN: Bankruptcy Department, POB 182125, Columbus, Ohio 43218-2125 |
| 516522299 | + | Email/Text: bankruptcy@sccompanies.com | Nov 04 2020 21:42:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516447595 | | Email/Text: bankruptcy@sccompanies.com | Nov 04 2020 21:42:00 | Ginny's, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 516601141 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2020 21:41:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516522305 | + | Email/Text: bankruptcy@sccompanies.com | Nov 04 2020 21:42:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516447596 | + | Email/Text: bankruptcy@sccompanies.com | Nov 04 2020 21:42:00 | Montgomery Ward, 3650 Milwaukee St., Madison, WI 53714-2304 |
| 516635049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2020 21:38:09 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516634615 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2020 21:38:36 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516515879 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2020 21:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516447597 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2020 21:38:31 | SYNCB/Toys R Us, POB 965005, Orlando, Florida 32896-5005 |
| 516635698 | + | Email/Text: bncmail@w-legal.com | Nov 04 2020 21:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516553197 | *+ | Finance of America Mortgage, LLC, 15325 Fairfield Ranch Road, Suite 200, Chino Hills, CA 91709-8834 |
| 516447585 | ##+ | ATTN: CLARISA GASTELUM, Finance of America Mortgage, LLC, 15325 Fairfield Ranch Rd., Chino Hills, California 91709-8842 |
| 516447583 | ##+ | Alltran Financial, LP, POB 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020                    Signature:    /s/Joseph Speetjens

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 04, 2020 | Form ID: 185 | Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Finance of America Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Finance of America East c/o Loan Care  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Victor Druziako | on behalf of Debtor Stacey Anne Conover bkdruziako@aol.com |

TOTAL: 7