Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−29698−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stacey Anne Conover
   1707 Coventry Way
   Millville, NJ 08332

Social Security No.:
   xxx−xx−7756

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            January 19, 2021
Time:               10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*72* − Certification in Opposition to (related document:71 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 1707 Coventry Way, Millville NJ 08332. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 53 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 60 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 64 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/7/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Victor Druziako on behalf of Stacey Anne Conover. (Druziako, Victor)

and transact such other business as may properly come before the meeting.

Dated: December 30, 2020
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-29698-ABA

Stacey Anne Conover  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Dec 30, 2020     Form ID: 173     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Stacey Anne Conover, 1707 Coventry Way, Millville, NJ 08332-2214

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:**

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Steven P. Kelly
    on behalf of Creditor Finance of America Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor Finance of America East c/o Loan Care  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Dec 30, 2020     Form ID: 173     Total Noticed: 1

Victor Druziako
                 on behalf of Debtor Stacey Anne Conover bkdruziako@aol.com

TOTAL: 7