| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stacey Anne Conover<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7756<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    16–29698–ABA | | |

# Order of Discharge     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stacey Anne Conover

<u>1/7/22</u>                                                               **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-29698-ABA |
| Stacey Anne Conover | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 07, 2022 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey Anne Conover, 1707 Coventry Way, Millville, NJ 08332-2214 |
| cr | + | Finance of America East c/o Loan Care, LLC, 1581 Main Street, Suite 200, Warrington, Pa 18976-3403 |
| cr | + | Finance of America Mortgage, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 516466635 | + | ATLANTA POSTAL CREDIT UNION, THOMPSON, O'BRIEN, KEMP & NASUTI, P.C., 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092-2924 |
| 516447584 | | Atlanta Postal Credit union, 3900 Crown Road, Atlanta , GA 30380-0001 |
| 516547941 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516447588 | | Capital One, N.A./ Kohl's, POB 30285, Saly Lake City, Utah 84130-0285 |
| 516894433 | + | Finance of America East, c/o Loan Care LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 516894434 | + | Finance of America East, c/o Loan Care LLC, 3637 Sentara Way, Virginia Beach, VA 23452, Finance of America East c/o Loan Care LLC 23452-4262 |
| 516447594 | + | Finance of America Mortgage, 15325 Fairfield Ranch Road, Suite 200, Chino Hills, CA 91709-8834 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516693489 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 07 2022 20:29:00 | Atlantic City Electric, POB 13610, Philadelphia, PA 19101-3610 |
| 516732322 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 07 2022 20:29:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516447586 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 07 2022 20:30:00 | Berks Credit & Collection, 900 Corporte Drive, Reading, Pennsylvania 19605-3340 |
| 516447587 | + | EDI: CAPITALONE.COM | Jan 08 2022 01:23:00 | Capital One Bank (USA), N.A., POB 5253, Carol Stream, Illinois 60197-5253 |
| 516547941 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 20:34:41 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516447589 | + | EDI: CITICORP.COM | Jan 08 2022 01:23:00 | Citi/Home Depot, POB 6497, Sioux Falls, South Dakota 57117-6497 |
| 516447590 | | EDI: WFNNB.COM | Jan 08 2022 01:23:00 | Comenity / Pier 1 Imports, ATTN: Bankruptcy Department, POB 182125, Columbus, Ohio 43218-2125 |
| 516447591 | | EDI: WFNNB.COM | Jan 08 2022 01:23:00 | Comenity Bank/Avenue Bankruptcy Departme, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 182125, Columbus, Ohio 43218-2125 |
| 516447592 | | EDI: WFNNB.COM | Jan 08 2022 01:23:00 | Comenity Bank/Lane Bryant, Bankruptcy Department, POB 182125, Columbus, Ohio 43218-2125 |
| 516447593 | | EDI: WFNNB.COM | Jan 08 2022 01:23:00 | Comenity Bank/Torrid, ATTN: Bankruptcy Department, POB 182125, Columbus, Ohio 43218-2125 |
| 516522299 | + | EDI: CBS7AVE | Jan 08 2022 01:23:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516447595 | | EDI: CBS7AVE | Jan 08 2022 01:23:00 | Ginny's, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 516601141 | + | EDI: MID8.COM | Jan 08 2022 01:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517780926 | + | EDI: AISMIDFIRST | Jan 08 2022 01:23:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517780925 | + | EDI: AISMIDFIRST | Jan 08 2022 01:23:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 516522305 | + | EDI: CBS7AVE | Jan 08 2022 01:23:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516447596 | + | EDI: CBS7AVE | Jan 08 2022 01:23:00 | Montgomery Ward, 3650 Milwaukee St., Madison, WI 53714-2304 |
| 516635049 | | EDI: PRA.COM | Jan 08 2022 01:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516634615 | | EDI: PRA.COM | Jan 08 2022 01:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516515879 | | EDI: Q3G.COM | Jan 08 2022 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516447597 | + | EDI: RMSC.COM | Jan 08 2022 01:23:00 | SYNCB/Toys R Us, POB 965005, Orlando, Florida 32896-5005 |
| 516635698 | + | Email/Text: bncmail@w-legal.com | Jan 07 2022 20:29:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516447598 | + | EDI: WTRRNBANK.COM | Jan 08 2022 01:23:00 | TD Bank USA/Target Credit, POB 673, Minneapolis, Minnesota 55440-0673 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516553197 | *+ | Finance of America Mortgage, LLC, 15325 Fairfield Ranch Road, Suite 200, Chino Hills, CA 91709-8834 |
| 516447585 | ##+ | ATTN: CLARISA GASTELUM, Finance of America Mortgage, LLC, 15325 Fairfield Ranch Rd., Chino Hills, California 91709-8842 |
| 516447583 | ##+ | Alltran Financial, LP, POB 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 07, 2022 | Form ID: 3180W | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022                    Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Finance of America Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Finance of America East c/o Loan Care  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Victor Druziako | on behalf of Debtor Stacey Anne Conover bkdruziako@aol.com |

TOTAL: 7